3:21-cv-75

6-7-21

To whom this may concern I'm writing to find out or get an update on my civil case I haven't had an update in a couple months so with that being said please inform me on what's going on I sent a motion but I've yet to hear from or get a response.

Respectfully Submitted

*[signature]*

FILED
JUN 10 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Robert Atkins #453431
5001 Maloneyville Rd.
Knoxville, TN 37918

Eastern District Court
Clerk
800 Market St. Suite 130
Knoxville, TN 37902
(Legal mail)

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

RECEIVED JUN 10 2021
REJECTED

KNOXVILLE TN 377
9 JUN 2021 PM 2 L

37902-230390

Sender is an inmate of
Correctional Facility

(Legal mail)