UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| ROBERT JOSEPH ATKINS, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 3:21-CV-075-KAC-DCP |
| | ) | | |
| C/O HOCKER, C/O S. WILLIAMS, and | ) | | |
| C/O M. WILLIAMS, | ) | | |
| | ) | | |
| Defendants. | ) | | |

## ORDER

This is a prisoner's pro se complaint for violation of 42 U.S.C. § 1983 that is proceeding only as to Plaintiff's claim that Defendants used excessive force against him [Doc. 14, 7–9]. Now before the Court is Plaintiff's second motion to appoint counsel [Doc. 18]. On July 22, 2021, the Court denied Plaintiff's previous motion to appoint counsel [Doc. 16]. On July 29, 2021, Plaintiff filed the current motion in which he requests that the Court appoint counsel "so [he] may obtain the help [he] need[s] until this case is resolved" [Doc. 18, 1]. Plaintiff has not identified a basis for the Court to reconsider its prior ruling, and the Court sees no reason to alter or amend that ruling. *See Rodriguez v. Tenn. Laborers Health & Welfare Fund*, 89 F. App'x 949, 959 (6th Cir. 2004) (providing that courts generally only reconsider interlocutory orders where "there is (1) an intervening change of controlling law; (2) new evidence available; or (3) a need to correct a clear error or prevent manifest injustice"). Accordingly, Plaintiff's second motion to appoint counsel [Doc. 18] is **DENIED**.

Also, Plaintiff is **ORDERED** to immediately inform the Court and Defendants or their counsel of record of any address changes in writing. Pursuant to Local Rule 83.13, it is the duty of a pro se party to promptly notify the Clerk and the other parties to the proceedings of any change

in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. E.D. Tenn. L.R. 83.13. Failure to provide a correct address to this Court within fourteen days of any change in address will result in the dismissal of this action.

**SO ORDERED**.

s/ Katherine A. Crytzer<br>
KATHERINE A. CRYTZER<br>
United States District Judge