UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ROBERT JOSEPH ATKINS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:21-CV-075-KAC-DCP |
| C/O HOCKER, C/O S. WILLIAMS, and C/O M. WILLIAMS, | ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order, the Court **GRANTED** the "Joint Motion for Summary Judgment" [Doc. 52] and **DISMISSED** this action **without prejudice**. Because the Court **CERTIFIED** in the Memorandum Opinion and Order that any appeal from that Memorandum Opinion and Order would not be taken in good faith, should Plaintiff file a notice of appeal, he was **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. Accordingly, the Clerk is **DIRECTED** to close the case.

**SO ORDERED.**

                                                    s/ Katherine A. Crytzer
                                                    KATHERINE A. CRYTZER
                                                    United States District Judge

ENTERED AS A JUDGMENT
*/s/ LeAnna R. Wilson*
CLERK OF COURT